**Richard L. JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77147**

Missouri Court of Appeals,
Western District.

Order Filed: October 28, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 25, 2014

---

1. All references to statutes are to RSMo 2000, unless otherwise specified.

Richard L. Jackson, Cameron, MO, Appellant Acting Pro Se

Andrew Hooper, Jefferson City, MO, Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

## ORDER

Per Curiam:

Mr. Richard L. Jackson appeals the dismissal of a Rule 24.035 post-conviction relief motion.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).